This matter was before the court on May 3, 1983 on an order issued to the respondent to show cause why this appeal ought not to be dismissed.

After hearing arguments of counsel and reviewing the memoranda submitted, it is the conclusion of the court that the trial justice did not err in denying the motion to dismiss, nor did he overlook or misconceive any material evidence, and that there was adequate evidence to support his findings.

Cause not having been shown, this appeal is denied and dismissed.

■

### Linda L. LaPOINTE

v.

### John F. FANNING.

### No. 83–208–M.P.

Supreme Court of Rhode Island.

May 26, 1983.

George M. Prescott, Lincoln, for petitioner.

Joseph E. Marran, Jr., Pawtucket, for respondent.

#### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

■

### Joyce Ann NORTHUP

v.

### Eugene PETIT, Registrar.

### No. 83–119–M.P.

Supreme Court of Rhode Island.

May 26, 1983.

Francis X. Flaherty, Warwick, for petitioner.

Dennis J. Roberts, Atty. Gen., for respondent.

#### ORDER

The petitioner herein seeks certiorari to review a District Court judgment which sustained the Registrar's suspension of the petitioner's license and registration. In response to the petition, the respondent Registrar has moved that the case be returned to him for a new hearing.

Accordingly, in light of the Registrar's admission, the petition for certiorari is granted, the judgment of the District Court is quashed, and this case is remanded to the Registrar of Motor Vehicles for a new hearing.

MURRAY, J., did not participate.